# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENNETH G. HERON<br><br>    Plaintiff<br><br>v.<br><br>NATIONAL ENTERPRISE SYSTEMS, INC.<br><br>    Defendant | CIVIL ACTION-LAW<br><br>NO:   3:10-CV-1216<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>ELECTRONICALLY FILED |

### NOTICE OF VOLUNTARY DISMISSAL

To the Clerk of Courts:

    Kindly dismiss the above-captioned matter with prejudice and without costs.

Respectfully submitted,

**KELLEY & POLISHAN, LLC**

S/PATRICK WALSH, 87931
PATRICK WALSH, ESQUIRE/87931
259 S. KEYSER AVE.
OLD FORGE, PA 18518
PHONE: (570) 562-4520
FAX: (570) 562-4531

G:\K&P\Heron, Kenneth 1695.00\NES\Notice_Dismissal.wpd